IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BANG, <br><br> Plaintiff, <br> v. <br><br> Zwicker & Associates, P.C. <br><br> Defendant. | Case No. 1:14-cv-02282-WBH-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 6th day of October, 2014.

**MICHAEL BANG**

*(signature)*
Michael Bang
2849 Meadow Drive
Marietta, Georgia 30062
Telephone: (404) 545-7119
*Pro se Plaintiff*

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.

James N. Hatten, Clerk
By: *(signature)* Goldrick
Deputy Clerk  10/6/14

**ZWICKER & ASSOCIATES, P.C.**

By its attorneys

/s/ Madge R. Buckle
Madge R. Buckle, Esq
Zwicker & Associates, P.C.
2470 Satellite Blvd., Suite 120
Duluth GA 30096
Tel. 678-957-8375
Fax: 678-957-8632
mbuckle@zwickerpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I caused the foregoing document to be filed electronically with the Clerk of the District Court using the CM/ECF system. I also certify that I have caused the attached document to be forwarded by United States Mail, postage prepaid, to Michael Bang, 2849 Meadow Drive, Marietta, GA 30062, who I understand is not a registered participant for the CM/ECF system.

/s/Madge R. Buckle, Esq.
Madge R. Buckle, Esq.